AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Jose Guadalupe Lopez-Garcia

**CRIMINAL COMPLAINT**

Case Number: M-19-1107-M

IAE   YOB: 1980
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 13, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Jose Guadalupe Lopez-Garcia was encountered by Border Patrol Agents near Roma, Texas on May 13, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 1, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 6, 2018 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 12, 2017, the defendant was convicted of 8 USC 1326, Being found in the U.S. after previous deportation and was sentenced to time served.

Approved AUSA LAURA GARCIA

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant
Claudia Garcia        Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 14, 2019   2:57 p.m.

Juan F. Alanis   , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer